# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: PETITION FOR FORMATION OF INDEPENDENT SCHOOL DISTRICT CONSISTING OF THE BOROUGH OF HIGHSPIRE, DAUPHIN COUNTY, PENNSYLVANIA | : : : : : : | No. 224 MAL 2020 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| PETITION OF: MIDDLETOWN AREA SCHOOL DISTRICT | : : | |
| | | |
| IN RE: PETITION FOR FORMATION OF INDEPENDENT SCHOOL DISTRICT CONSISTING OF THE BOROUGH OF HIGHSPIRE, DAUPHIN COUNTY, PENNSYLVANIA | : : : : : : | No. 230 MAL 2020 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| PETITION OF: STEELTON-HIGHSPIRE SCHOOL DISTRICT | : : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 22nd day of September, 2020, the Petitions for Allowance of Appeal are **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner Middletown Area School District, is:

   (1) Whether the Commonwealth Court erred in failing to follow its own precedent, as well as Supreme Court precedent, in holding the Secretary of Education could not consider the devastating financial impact a proposed transfer of territory between two school districts would impose upon an already financially-distressed school district?

The issues, as stated by Petitioner Steelton-Highspire School District are:

(1)     Whether the Commonwealth Court's reversal of the Secretary of Education's determination that the Petition to create an Independent School District was not meritorious from an educational standpoint was in err when it departed from its own recent precedent?

(2)     Whether the Secretary of Education's consideration of the financial impact of the proposed transfer on a school district that has been identified as financially at risk and placed on 'Financial Watch Status' is an issue of first impression and accordingly should be reviewed by this Court.

(3)     Whether the catastrophic financial impact on a financially at risk school districts' ongoing ability to provide adequate educational services to its current and future students is of substantial importance to the students and their families that will remain in the District.